COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-04-261-CV

GLOBAL APPLIANCE TECHNOLOGIES, INC. APPELLANT

V.

DUKE MANUFACTURING COMPANY APPELLEE

----------

FROM THE 236TH DISTRICT COURT OF TARRANT COUNTY

----------

MEMORANDUM
 
OPINION
(footnote: 1) 
AND JUDGMENT

----------

We have considered the parties’ “Stipulation of Dismissal,” signed by the attorney for each party.  It is the court's opinion that the parties’ request for dismissal should be granted; therefore, we dismiss the appeal.  
See 
T
EX.
 R. A
PP.
 P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by the party incurring the same, for which let execution issue.

PER CURIAM 

PANEL D: GARDNER, WALKER, and MCCOY, JJ.

         DELIVERED: October 21, 2004  

FOOTNOTES
1:
See 
Tex. R. App. P. 47.4.